IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| BOBBY SPIVEY, #144926,   )<br>  )<br>  Petitioner,   )<br>  )<br>v.   )<br>  )<br>WARDEN FREDDIE BUTLER, *et al.*,   )<br>  )<br>  Respondents.   ) | CIVIL ACTION NO. 3:11cv1104-TMH |

**ORDER AND OPINION**

On July 17, 2013, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 15). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED and that the petition for habeas corpus relief filed by Bobby Lee Spivey is DENIED and DISMISSED with prejudice as time-barred.

Done this the 21st day of August, 2013.

　　　　　　　　　　　　　　　　　　　　/s/ Truman M. Hobbs
　　　　　　　　　　　　　　　　　　　　TRUMAN M. HOBBS
　　　　　　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE